# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WENDY R. ANDREWS**                                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 4:13CV00654-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Court's decision following oral argument by counsel at a hearing held on July 17, 2014, it is CONSIDERED, ORDERED, and ADJUDGED that the final opinion of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is remanded for reconsideration consistent with the Court's findings of fact and conclusions of law filed in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Judgment is entered in favor of the Plaintiff.

So ordered, this 21st day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE