# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WENDY R. ANDREWS**                                                          **PLAINTIFF**

V.             **CASE NO.: 4:13CV00654 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

Plaintiff Wendy R. Andrews has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #17) In her motion, Ms. Andrews requests fees and expenses in the amount of $6,411.13. The Commissioner does not object to the amount or the hourly rate requested, but noted a small miscalculation in the fee request. (#19) The Court appreciates the Commissioner's diligence in reviewing the calculations.

Ms. Andrews's motion (#17) is GRANTED, and she is awarded $6,401.98 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 21st day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE